**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MORRIS KANTOROVICH, individually and as Trustee of the KANTOROVICH FAMILY TRUST, <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Civil No. 06CV1164-L(LSP) <br><br> **ORDER DISMISSING COMPLAINT** |

    Pursuant to the Joint Motion To Dismiss Complaint filed by plaintiff, Morris Kantorovich, and defendant, Philadelphia Indemnity Insurance Company, and good cause appearing,

. . .

. . .

     IT IS HEREBY ORDERED that the Complaint by plaintiff, Morris Kantorovich, is dismissed in its entirety with prejudice.

     IT IS SO ORDERED.

DATED: March 28, 2007

*[signature]*
M. James Lorenz
United States District Court Judge